IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL SUMMERS, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00929-XR |
| vs. | § § | |
| OLDE ENGLAND'S LION & ROSE RIM, LLC, ALLEN THARP, | § § § § | |
| *Defendants.* | § | |

## ADVISORY REGARDING OUTCOME OF MEDIATION

On October 26, 2020, this matter was referred to the undersigned to conduct a non-binding settlement conference/mediation with the parties [#22]. On December 8, 2020, the undersigned held a mediation in this case via Zoom at which both parties and their counsel appeared and participated. The undersigned now notifies the District Court that the case **DID NOT SETTLE** during mediation and the case is **RETURNED** to the District Court for further proceedings.

SIGNED this 8th day of December, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1