FILED
February 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Breanna Coldewey___
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MICHAEL SUMMERS,
*et al.*,

    *Plaintiffs,*

**v.**

OLDE ENGLAND'S LION & ROSE RIM, LLC,
*et al.*,

    *Defendants.*

Case No. 20-cv-0929-RCL
20-cv-1046-RCL
20-cv-0928-RCL

## JUDGMENT

In accordance with the jury verdict rendered on February 18, 2022, the Court hereby ORDERS that final judgment is entered in favor of plaintiff Spencer Cox against defendants Olde England's Lion & Rose Rim, LLC and Allen Tharp. Defendants are ORDERED to pay damages to plaintiff Cox in the amount of $2,500.00 and to pay plaintiff Cox's reasonable costs and attorneys' fees. *See* Emergency Paid Sick Leave Act, Pub. L. No. 116-127, § 5105(b)(2), 134 Stat. 195, 197 (2020); 29 U.S.C. § 216(b). Plaintiff Cox is ORDERED to file any motion for attorneys' fees within fourteen (14) days of the date of this judgment. *See* Fed. R. Civ. P. 54(d)(2). The parties are ORDERED to meet and confer for the purpose of resolving all disputed issues of attorneys' fees prior to filing any such motion. *See* Local Rule CV-54(b)(2).

It is further ORDERED that final judgment is entered in favor of defendants Olde England's Lion & Rose Rim, LLC and Allen Tharp against plaintiffs Michael Summers and Gary Bruce. Plaintiffs Summers and Bruce shall take nothing from defendants. Plaintiffs Summers and Bruce's Original Complaints are hereby DISMISSED WITH PREJUDICE. *Summers v Olde*

*England's Lion & Rose Rim, LLC*, No. 5:20-cv-929 (RCL) (Aug. 10, 2020), ECF No. 1; *Bruce v. Olde England's Lion & Rose Rim, LLC*, No. 5:20-cv-928 (RCL) (Aug. 10, 2020), ECF No. 1.

It is **SO ORDERED**.

Date: February 24, 2022

Royce C. Lamberth
United States District Judge

2