FILED
March 15, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Breanna Coldewey
     DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL SUMMERS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OLDE ENGLAND'S LION & ROSE RIM, LLC, *et al.*, <br><br> *Defendants*. | Case No. 20-cv-0929-RCL <br> Case No. 20-cv-1046-RCL <br> Case No. 20-cv-0928-RCL |

### ORDER

The Court has been advised that the parties in the above-captioned matters have resolved and settled all issues with respect to the award of costs and attorneys' fees. Joint Advisory, ECF No. 82. It is hereby **ORDERED** that these consolidated cases are **DISMISSED**, subject to reinstatement upon motion within thirty (30) days of this date. All pending deadlines are hereby **VACATED**.

It is **SO ORDERED**.

Date: March 15, 2022

Royce C. Lamberth
United States District Judge